**MISSOURI PACIFIC RAILROAD COM-
PANY, a Missouri corporation,
Appellant,**

**v.**

**AMERICAN REFRIGERATOR TRANS-
IT COMPANY, a New Jersey cor-
poration, Appellee.**

**No. 7336.**

United States Court of Appeals
Tenth Circuit.

Feb. 19, 1964.

Douglas McHendrie, of Grant, Shaf-
roth, Toll & McHendrie, Denver, Colo.
(Robert W. Yost, St. Louis, Mo., and
Preston & Altman, Pueblo, Colo., on the
brief), for appellant.

William K. Ris, of Wood, Ris & Hames,
Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN and HILL, Circuit
Judges.

PER CURIAM.

The appeal involves the construction of
a contract under the substantive law of
the State of Colorado. There are no
decisions of the Supreme Court of that
State directly in point. The court be-
low, after looking at all the provisions of
the contract, determined, under the
weight of authorities generally, that ap-
pellant had a "duty to inspect". This
court has held that, in the absence of
controlling state court authority, we will
accept the federal trial judge's interpre-
tation of state law unless we are con-
vinced that such interpretation is clearly
erroneous.[1] We cannot say the trial
court's interpretation in this case is erro-
neous. Accordingly, on the basis of the
trial court's opinion reported in 226
F.Supp. 661 the judgment is affirmed.

---

1. Robert Porter & Sons, Inc. v. National
Distillers Products Co., 10 Cir., 324 F.2d
202; F. & S. Construction Company v.
Berube, 10 Cir., 322 F.2d 782; Criqui v.
Blaw-Knox Corporation, 10 Cir., 318 F.
2d 811.